**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

KEENAN WATKINS,

        Plaintiff,

    v.

JOHN DOE, et al.,

        Defendants.

Case No. 2:23-cv-01089-APG-BNW

**ORDER**

On May 17, 2024, the Nevada Attorney General's Office indicated that they would not accept service for Defendant Ksenia Staffeeva. ECF No. 12. The Office filed Defendant Staffeeva's last-known address under seal. ECF No. 14. The Court now orders Plaintiff to complete and return a USM-285 form to the U.S. Marshals Service so that Defendant Staffeeva can be served. The Court directs Plaintiff to carefully follow the below instructions:

**IT IS THEREFORE ORDERED** that the USMS must attempt service on Defendant Staffeeva.

**IT IS FURTHER ORDERED** that the Clerk of Court issue a summons for Defendant Staffeeva and deliver the same to the USMS for service together with one copy of each of the following documents: this Order, the Complaint (ECF No. 6), the Court's Screening Order (ECF No. 5), and the address for Defendant Staffeeva filed under seal (ECF No. 14).

**IT IS FURTHER ORDERED** that the Clerk of Court send Plaintiff one blank USM-285 form, together with a copy of this Order.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **October 14, 2024** to fill out the required USM-285 form and send it to the USMS. Plaintiff must fill out the blank space asking for the defendant's address by specifying that Defendant Staffeeva's address is filed under seal in Case No. 2:23-cv-01089-APG-BNW at ECF No. 14.

**IT IS FURTHER ORDERED** that the USMS must, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on Defendant Staffeeva no later than **20 days** after receipt of the completed USM-285 form.

**IT IS FURTHER ORDERED** that the USMS is to file the return of service under seal given that Defendant Staffeeva's address shall remain sealed.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, Plaintiff's claims against Defendant Staffeeva may be subject to dismiss for failure to complete service of process pursuant to Federal Rule of Civil Procedure 4(m).

DATED: September 12, 2024

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE