**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEENAN WATKINS, | Case No.: 2:23-cv-01089-APG-BNW |
| Plaintiff | **Order Granting Motion for Extension** |
| v. | [ECF No. 23] |
| JOHN DOE, et al., | |
| Defendants | |

Plaintiff Keenan Watkins moves for a 60-day extension of the deadline to respond to the defendants' motion to dismiss. ECF No. 23.  The motion is supported by good cause, so I grant it.  Watkins' response is due January 21, 2025.

DATED this 20th day of November, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE