1  AARON D. FORD
      Attorney General
2  NATHAN M. CLAUS (Bar No. 15889)
      Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-7629 (phone)
   (702) 486-3773 (fax)
6  Email: nclaus@ag.nv.gov

7  *Attorneys for
   Interested Party Nevada
8  Department of Corrections*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| KEENAN WATKINS, | Case No. 2:23-cv-01089-APG-BNW |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| JOHN DOE, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Keenan Watkins, pro se, Ksenia Stafeeva, by and through counsel, Chelsea Hueth, Esq. of McBride Hall - Attorneys at Law, and Interested Party Nevada Department of Corrections by and through counsel, Aaron D. Ford, Nevada Attorney General, and Nathan M. Claus, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///

The Parties have resolved this matter in its entirety, the terms of the agreement have been satisfied, and the parties agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this __th day of June, 2025.

By: /s/ Keenan Watkins
Keenan Watkins, #1097513
Plaintiff

DATED this 10th day of June, 2025

AARON D. FORD
Attorney General

By: /s/ Nathan M. Claus
NATHAN M. CLAUS (Bar No. 15889)
Deputy Attorney General

Attorneys for Interested Party NDOC

DATED this 5th day of August 2025

By: /s/ Chelsea R. Hueth.
Chelsea R. Hueth, Esq. (Bar No. 10904)
Deputy Attorney General

Attorney for Defendant Ksenia Stafeeva

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED August 6, 2025, 2025.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on June 11th, 2025, I electronically filed the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Keenan Watkins, #1097513
High Desert State Prison
P.O. Box 650
Indian Springs, Nevada 89070
*Plaintiff, Pro Se*

/s/ Carol Knight
CAROL KNIGHT, an employee of the
Office of the Nevada Attorney General